# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| APRIL SPANBAUER,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No: CV 20-120-BMM<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation for Dismissal that has been filed,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. All deadlines are vacated.

DATED this 28th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court